■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE McCORMICK, Appellant. [829 NYS2d 922]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 2, 1998 (*People v McCormick,* 255 AD2d 339 [1998]), affirming a judgment of the Supreme Court, Suffolk County, rendered January 4, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Miller, J.P., Schmidt, Crane and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MINGO, Appellant. [830 NYS2d 524]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (Marrus, J.), imposed January 15, 2004, on the ground that the amended sentence is excessive.

Ordered that the amended sentence is affirmed. No opinion. Prudenti, P.J., Ritter, Florio and Covello, JJ., concur.